UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

CONTACTS SYNCHRONIZATION
CORPORATION

                Plaintiff

   v.

ALLTEL COMMUNICATIONS, INC.,
AT&T MOBILITY LLC f/k/a
CINGULAR WIRELESS LLC,
SPRINT SPECTRUM LP,
SPRINT COMMUNICATIONS COMPANY L.P.,
NEXTEL OPERATIONS, INC.,
NEXTEL WEST CORP.,
NEXTEL OF CALIFORNIA, INC.,
NEXTEL COMMUNICATIONS OF
THE MID-ATLANTIC, INC.,
NEXTEL OF NEW YORK, INC.,
NEXTEL SOUTH CORP.,
NEXTEL OF TEXAS, INC.,
T-MOBILE USA, INC., and
CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS

                Defendants

Case No. 07-C-0250-C

AT&T MOBILITY LLC f/k/a
CINGULAR WIRELESS LLC,

                Counterclaim-Plaintiff

   v.

CONTACTS SYNCHRONIZATION
CORPORATION, and
TABLE ROCK TECHNOLOGIES, INC.

                Counterclaim-Defendants

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

     The plaintiff and counterclaim defendant, Contacts Synchronization Corporation

("CSC"), the defendant and counterclaim plaintiff AT&T Mobility LLC, and the counterclaim defendant Table Rock Technologies, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims between them in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees. This dismissal shall not affect any claims or counterclaims between CSC and any other party to this action.

                                                      Respectfully submitted,

Dated this 14th day of November, 2007

| | |
|---|---|
| s/ J. Donald Best | s/ Michael J. Garvin |
| J. Donald Best | Michael J. Garvin |
| Angela J. Kujak | R. Eric Gaum |
| MICHAEL BEST & FRIEDRICH LLP | Robert J. Diaz |
| One S. Pinckney Street, Suite 700 | HAHN LOESER & PARKS LLP |
| Madison, WI 53703-4257 | 3300 BP Tower |
| P.O. Box 1806 | 200 Public Square |
| Madison, WI 53701-1806 | Cleveland, OH 44114-2301 |
| T 608 283-2272 | T 216 621.0150 |
| F 608 283-2275 | F 216 241.2824 |
| | |
| Charles J. Crueger | Brian E. Butler |
| Monica M. Riederer | Edwin J. Hughes |
| MICHAEL BEST & FRIEDRICH LLP | STAFFORD ROSENBAUM LLP |
| 100 E. Wisconsin Avenue | 222 West Washington Ave, Suite 900 |
| Milwaukee, WI 53202-4108 | P.O. Box 1784 |
| T 414 271-6560 | Madison, WI 53701-1784 |
| F 414 271-0656 | T 608 256-0226 (main) |
| | F 608 259.2600 |
| *Attorneys for AT&T Mobility LLC* | |
| | *Attorneys for Contacts Synchronization and Table Rock Technologies, Inc.* |

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between the plaintiff and counterclaim defendant, Contacts Synchronization Corporation, the defendant and counterclaim plaintiff AT&T Mobility LLC, and the counterclaim defendant Table Rock Technologies, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between the plaintiff and counterclaim defendant, Contacts Synchronization Corporation, the defendant and counterclaim plaintiff AT&T Mobility LLC, and the counterclaim defendant Table Rock Technologies, Inc., are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated this _____ day of November, 2007

_____
Honorable Barbara R. Crabb
United States District Court Judge