IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

CONTACTS SYNCHRONIZATION
CORPORATION,

      Plaintiff

    v.

ALLTEL COMMUNICATIONS, INC.,
AT&T MOBILITY LLC F/K/A
CINGULAR WIRELESS LLC,
SPRINT SPECTRUM LP,
SPRINT COMMUNICATIONS COMPANY L.P.,
NEXTEL OPERATIONS, INC.,
NEXTEL WEST CORP.,
NEXTEL OF CALIFORNIA, INC.,
NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC.,
NEXTEL OF NEW YORK, INC.,
NEXTEL SOUTH CORP.,
NEXTEL OF TEXAS, INC.,
T-MOBILE USA, INC., AND
CELLCO PARTNERSHIP D/B/A
VERIZON WIRELESS

      Defendants
_____

AT&T MOBILITY LLC F/K/A
CINGULAR WIRELESS LLC, et al.

      Counterclaim-Plaintiffs

    v.

CONTACTS SYNCHRONIZATION
CORPORATION, and TABLE ROCK
TECHNOLOGIES, INC.

      Counterclaim-Defendants

CIVIL ACTION NO.
07-C-0250-C

_____

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**
_____

The plaintiff and counterclaim defendant, Contacts Synchronization Corporation ("CSC"), the Defendant T-Mobile USA, Inc., and the counterclaim defendant Table Rock

Technologies, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims between them in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.  This dismissal shall not affect any claims or counterclaims between CSC or Table Rock and any other party to this action.

Dated this 6th day of December, 2007

                                      Respectfully submitted,

| /s/ Daniel T. Flaherty_____ | /s/ Michael J. Garvin_____ |
|---|---|
| Daniel T. Flaherty | Michael J. Garvin |
| Bryan J. Cahill | R. Eric Gaum |
| GODFREY & KAHN, S.C. | Robert J. Diaz |
| 780 North Water Street | HAHN LOESER & PARKS LLP |
| Milwaukee, Wisconsin  53202-3590 | 200 Public Square, Suite 3300 |
| Tel:  414-273-3500 | Cleveland, Ohio  44114-2301 |
| Fax:  414-273-5198 | Tel:  216-621-0150 |
|  | Fax:  216-241-2824 |
| Scott A.W. Johnson |  |
| Shannon M. Jost |  |
| STOKES LAWRENCE, P.S. | Brian E. Butler |
| 800 Fifth Avenue, Suite 4000 | Edwin J. Hughes |
| Seattle, Washington  98104-3179 | STAFFORD ROSENBAUM LLP |
| Tel:  206-626-6000 | 222 West Washington Avenue, #900 |
| Fax:  206-464-1496 | P.O. Box 1784 |
|  | Madison, Wisconsin  53701-1784 |
| *Attorneys for T-Mobile USA, Inc.* | Tel:  608-256-0226 (main) |
|  | Fax:  608-259-2600 |
|  |  |
|  | *Attorneys for Contacts Synchronization and Table Rock Technologies, Inc.* |

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Came on this day for consideration of the Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between the plaintiff and counterclaim defendant, Contacts Synchronization Corporation, defendant T-Mobile USA, Inc., and the counterclaim defendant Table Rock Technologies, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between the plaintiff and counterclaim defendant, Contacts Synchronization Corporation, the defendant T-Mobile USA, Inc., and the counterclaim defendant Table Rock Technologies, Inc., are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated this ____ day of December, 2007

_____
Honorable Barbara R. Crabb
United States District Court judge

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 6th day of December, 2007, a true and correct copy of:

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

has been served via E-mail on the following:

Attorneys for Defendant Alltel Communications, Inc.

| | |
|---|---|
| James J. Dries, Esq. | John G. Flaim, Esq., *pro hac vice* |
| E-mail: james.j.dries@bakernet.com | E-mail: john.g.flaim@bakernet.com |
| One Prudential Plaza | William D. McSpadden, Esq., *pro hac vice* |
| 130 East Randolph Drive | E-mail: william.d.mcspadden@bakernet.com |
| Chicago, Illinois 60601 | 2300 Trammell Crow Center |
| | 2001 Ross Avenue |
| James P. Conley, *pro hac vice* | Dallas, Texas 75201 |
| E-mail: james.p.conley@bakernet.com | |
| 12544 High Bluff Dr., Suite 150 | |
| San Diego, California 92130 | |

Attorneys for Defendant AT&T Mobility, LLC and Cingular Wireless LLC
J. Donald Best, Esq.
E-mail: JDBest@michaelbest.com
Charles J. Crueger, Esq.
E-mail: CJCrueger@michaelbest.com
MICHAEL BEST & FRIEDRICH, LLP
One South Pickney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806

Attorneys for Defendants Sprint Spectrum L.P., Sprint Communication Co. L.P., Nextel Operations, Inc., Nextel West Corp., Nextel of California, Inc., Nextel Communications of the Mid-Atlantic, Inc., Nextel of New York, Inc., Nextel South Corp., and Nextel of Texas, Inc.

| | |
|---|---|
| Todd G. Smith, Esq. | James L. Wamsley, III, Esq. |
| E-mail: tsmith@gklaw.com | E-mail: jlwamsleyiii@jonesday.com |
| GODFREY & KAHN, S.C. | JONES DAY |
| One East Main Street | North Point |
| Suite 500 | 901 Lakeside Avenue |
| P.O. Box 2719 | Cleveland, Ohio 44114 |
| Madison, Wisconsin 53701-2719 | |
| | Mark V. Campagna, Esq. |
| | E-mail: mcampagna@jonesday.com |
| | JONES DAY |

|  | 1402 Peachtree Street N.E., Suite 800<br>Atlanta, Georgia 30309 |
|---|---|

| Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless | |
|---|---|
| Kenneth B. Axe, Esq.<br>E-mail: kaxe@lathropclark.com<br>LATHROP & CLARK, LLP<br>740 Regent Street, Suite 400<br>P.O. Box 1507<br>Madison, Wisconsin 53701-1507 | James H. Wallace, Jr., Esq.<br>E-mail: jwallace@wileyrein.com<br>WILEY REIN LLP<br>1776 K Street NW<br>Washington, D.C. 20006<br><br>Robert L. Ernst, Esq.<br>VERIZON WIRELESS<br>One Verizon Wireless Way<br>VC 54s205<br>Basking Ridge, New Jersey 07920 |

| Attorneys for Defendant T-Mobile USA, Inc. | |
|---|---|
| Daniel T. Flaherty, Esq.<br>E-mail: dflaherty@gklaw.com<br>GODFREY & KAHN, S.C.<br>780 North Water Street<br>Milwaukee, Wisconsin 53202-3590 | Scott A.W. Johnson, Esq.<br>E-mail: scott.johnson@stokeslaw.com<br>STOKES LAWRENCE, P.S.<br>800 Fifth Avenue, Suite 4000<br>Seattle, Washington 98104-3179 |

| Attorneys for Defendant FusionOne, Inc. | |
|---|---|
| Kate A. Jefcoat, Esq.<br>E-mail: jefcoatk@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>800 Connecticut Avenue NW, Suite 500<br>Washington, DC  20006 | |

    /s/ R. Eric Gaum
One of the Attorneys for Plaintiff
Contacts Synchronization Corporation and
Counterclaim-Defendant Table Rock
Technologies, Inc.

Akr - 139315.1                    5