# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

CONTACTS SYNCHRONIZATION
CORPORATION,

      Plaintiff

  v.

**ALLTEL COMMUNICATIONS, INC.,
SPRINT SPECTRUM LP, SPRINT
COMMUNICATIONS COMPANY L.P.,
NEXTEL OPERATIONS, INC., NEXTEL
WEST CORP., NEXTEL OF CALIFORNIA,
INC., NEXTEL COMMUNICATIONS OF THE
MID-ATLANTIC, INC., NEXTEL OF NEW
YORK, INC., NEXTEL SOUTH CORP.,
NEXTEL OF TEXAS, INC.,
T-MOBILE USA, INC., AND
CELLCO PARTNERSHIP d/b/a VERIZON
WIRELESS**

      Defendants

CIVIL ACTION NO.
07-C-0250-C

**STIPULATED MOTION FOR
DISMISSAL WITH PREJUDICE**

**ALLTEL COMMUNICATIONS, INC.,
SPRINT SPECTRUM LP, SPRINT
COMMUNICATIONS COMPANY L.P.,
NEXTEL OPERATIONS, INC., NEXTEL
WEST CORP., NEXTEL OF CALIFORNIA,
INC., NEXTEL COMMUNICATIONS OF THE
MID-ATLANTIC, INC., NEXTEL OF NEW
YORK, INC., NEXTEL SOUTH CORP.,
NEXTEL OF TEXAS, INC., and
CELLCO PARTNERSHIP d/b/a VERIZON
WIRELESS,**

      Counterclaim-Plaintiffs

  v.

CONTACTS SYNCHRONIZATION
CORPORATION, and TABLE ROCK
TECHNOLOGIES, INC.

      Counterclaim-Defendants

Akr - 139327.1

The plaintiff and counterclaim defendant, Contacts Synchronization Corporation ("CSC"), the defendants and counterclaim plaintiffs Defendants Nextel Communications of the Mid-Atlantic, Inc., Nextel of California, Inc., Nextel of New York, Inc., Nextel of Texas, Inc., Nextel Operations, Inc., Nextel South Corp., Nextel West Corp., Sprint Communications Company L.P., and Sprint Spectrum, L.P. (collectively, the "Sprint/Nextel Defendants"), and the counterclaim defendant Table Rock Technologies, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims between them in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees. This dismissal shall not affect any claims or counterclaims between CSC or Table Rock and any other party to this action.

Dated this 6th day of December, 2007

Respectfully submitted,

/s/ James L. Wamsley, III  
James L. Wamsley, III  
(admitted *pro hac vice*)  
jlwamsleyiii@jonesday.com  
Theodore C. Parsons  
(admitted *pro hac vice*)  
tcparsons@jonesday.com  
JONES DAY  
North Point, 901 Lakeside Avenue  
Cleveland, OH  44114-1190  
Telephone:     (216) 586-3939  
Facsimile:      (216) 579-0212  

Mark V. Campagna  
(admitted *pro hac vice*)  
mcampagna@jonesday.com  
JONES DAY  
1420 Peachtree Street, N.E., Suite 800  
Atlanta, GA  30309-3053  

/s/ Michael J. Garvin  
Michael J. Garvin  
R. Eric Gaum  
Robert J. Diaz  
HAHN LOESER & PARKS LLP  
200 Public Square, Suite 3300  
Cleveland, Ohio  44114-2301  
Tel:  216-621-0150  
Fax:  216-241-2824  

Brian E. Butler  
Edwin J. Hughes  
STAFFORD ROSENBAUM LLP  
222 West Washington Avenue, #900  
P.O. Box 1784  
Madison, Wisconsin  53701-1784  
Tel: 608-256-0226 (main)  
Fax:  608-259-2600

| | |
|---|---|
| Telephone:   (404) 521-3939<br>Facsimile:    (404) 581-8330 | *Attorneys for Contacts Synchronization and Table Rock Technologies, Inc.* |

Todd G. Smith
State Bar No. 1022380
tsmith@gklaw.com
Godfrey & Kahn, S.C.
Suite 500, One East Main Street
Post Office Box 2719
Madison, Wisconsin 53701-2719
Telephone:    608-257-3911
Facsimile:    608-257-0609

*Attorneys for Nextel Communications Of The Mid-Atlantic, Inc., Nextel Of California, Inc., Nextel Of New York, Inc., Nextel Of Texas, Inc. Nextel Operations, Inc., Nextel South Corp., Nextel West Corp., Sprint Communications Company L.P., and Sprint Spectrum, L.P.*

## **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Came on this day for consideration of the Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between the plaintiff and counterclaim defendant, Contacts Synchronization Corporation, defendants and counterclaim plaintiffs Defendants Nextel Communications of the Mid-Atlantic, Inc., Nextel of California, Inc., Nextel of New York, Inc., Nextel of Texas, Inc., Nextel Operations, Inc., Nextel South Corp., Nextel West Corp., Sprint Communications Company L.P., and Spring Spectrum, L.P. (collectively, the "Sprint/Nextel Defendants"), and the counterclaim defendant Table Rock Technologies, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between the plaintiff and counterclaim defendant, Contacts Synchronization Corporation, the defendants and counterclaim plaintiffs Sprint/Nextel Defendants, and the counterclaim defendant Table Rock Technologies, Inc., are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated this \_\_\_\_ day of December, 2007

 

                                                                          _____
                                                                          Honorable Barbara R. Crabb
                                                                          United States District Court judge

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 6th day of December, 2007, a true and correct copy of:

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

has been served via E-mail on the following:

Attorneys for Defendant Alltel Communications, Inc.

| | |
|---|---|
| James J. Dries, Esq. | John G. Flaim, Esq., *pro hac vice* |
| E-mail: james.j.dries@bakernet.com | E-mail: john.g.flaim@bakernet.com |
| One Prudential Plaza | William D. McSpadden, Esq., *pro hac vice* |
| 130 East Randolph Drive | E-mail: william.d.mcspadden@bakernet.com |
| Chicago, Illinois 60601 | 2300 Trammell Crow Center |
| | 2001 Ross Avenue |
| James P. Conley, *pro hac vice* | Dallas, Texas 75201 |
| E-mail: james.p.conley@bakernet.com | |
| 12544 High Bluff Dr., Suite 150 | |
| San Diego, California 92130 | |

Attorneys for Defendant AT&T Mobility, LLC and Cingular Wireless LLC
J. Donald Best, Esq.
E-mail: JDBest@michaelbest.com
Charles J. Crueger, Esq.
E-mail: CJCrueger@michaelbest.com
MICHAEL BEST & FRIEDRICH, LLP
One South Pickney Street
P.O. Box 1806
Madison, Wisconsin 53701-1806

Attorneys for Defendants Sprint Spectrum L.P., Sprint Communication Co. L.P., Nextel Operations, Inc., Nextel West Corp., Nextel of California, Inc., Nextel Communications of the Mid-Atlantic, Inc., Nextel of New York, Inc., Nextel South Corp., and Nextel of Texas, Inc.

| | |
|---|---|
| Todd G. Smith, Esq. | James L. Wamsley, III, Esq. |
| E-mail: tsmith@gklaw.com | E-mail: jlwamsleyiii@jonesday.com |
| GODFREY & KAHN, S.C. | JONES DAY |
| One East Main Street | North Point |
| Suite 500 | 901 Lakeside Avenue |
| P.O. Box 2719 | Cleveland, Ohio 44114 |
| Madison, Wisconsin 53701-2719 | |
| | Mark V. Campagna, Esq. |
| | E-mail: mcampagna@jonesday.com |
| | JONES DAY |

Akr - 139327.1                                              5

|  | 1402 Peachtree Street N.E., Suite 800 |
|---|---|
|  | Atlanta, Georgia 30309 |

Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless

| Kenneth B. Axe, Esq. | James H. Wallace, Jr., Esq. |
|---|---|
| E-mail: kaxe@lathropclark.com | E-mail: jwallace@wileyrein.com |
| LATHROP & CLARK, LLP | WILEY REIN LLP |
| 740 Regent Street, Suite 400 | 1776 K Street NW |
| P.O. Box 1507 | Washington, D.C. 20006 |
| Madison, Wisconsin 53701-1507 |  |
|  | Robert L. Ernst, Esq. |
|  | VERIZON WIRELESS |
|  | One Verizon Wireless Way |
|  | VC 54s205 |
|  | Basking Ridge, New Jersey 07920 |

Attorneys for Defendant T-Mobile USA, Inc.

| Daniel T. Flaherty, Esq. | Scott A.W. Johnson, Esq. |
|---|---|
| E-mail: dflaherty@gklaw.com | E-mail: scott.johnson@stokeslaw.com |
| GODFREY & KAHN, S.C. | STOKES LAWRENCE, P.S. |
| 780 North Water Street | 800 Fifth Avenue, Suite 4000 |
| Milwaukee, Wisconsin 53202-3590 | Seattle, Washington 98104-3179 |

Attorneys for Defendant FusionOne, Inc.

Kate A. Jefcoat, Esq.
E-mail: jefcoatk@gtlaw.com
GREENBERG TRAURIG, LLP
800 Connecticut Avenue NW, Suite 500
Washington, DC  20006

 

/s/ R. Eric Gaum
One of the Attorneys for Plaintiff
Contacts Synchronization Corporation and
Counterclaim-Defendant Table Rock
Technologies, Inc.

Akr - 139327.1                                        6