# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

CONTACTS SYNCHRONIZATION
CORPORATION,

    Plaintiff

v.

ALLTEL COMMUNICATIONS, INC.,
AT&T MOBILITY LLC F/K/A
CINGULAR WIRELESS LLC,
SPRINT SPECTRUM LP,
SPRINT COMMUNICATIONS COMPANY L.P.,
NEXTEL OPERATIONS, INC.,
NEXTEL WEST CORP.,
NEXTEL OF CALIFORNIA, INC.,
NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC.,
NEXTEL OF NEW YORK, INC.,
NEXTEL SOUTH CORP.,
NEXTEL OF TEXAS, INC.,
T-MOBILE USA, INC., AND
CELLCO PARTNERSHIP D/B/A
VERIZON WIRELESS

    Defendants

CIVIL ACTION NO.
07-C-0250-C

---

AT&T MOBILITY LLC F/K/A
CINGULAR WIRELESS LLC,

    Counterclaim-Plaintiff

v.

CONTACTS SYNCHRONIZATION
CORPORATION, and TABLE ROCK
TECHNOLOGIES, INC.

    Counterclaim-Defendants

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff and counterclaim defendant, Contacts Synchronization Corporation ("CSC"), the Defendant Alltel Communications, Inc., and the counterclaim defendant Table

CLE - 1042615.1

Rock Technologies, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims between them in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.  This dismissal shall not affect any claims or counterclaims between CSC or Table Rock and any other party to this action.

Dated this 13th day of December, 2007

Respectfully submitted,

/s/ James J. Dries, Esq._____
James J. Dries
BAKER & MCKENZIE LLP
One Prudential Plaza
130 East Randolph Drive
Chicago, Illinois  60601

James P. Conley *pro hac vice*
BAKER & MCKENZIE LLP
12544 High Bluff Drive, Suite 150
San Diego, California  92130

John G. Flaim, Esq. *pro hac vice*
William D. McSpadden Esq. *pro hac vice*
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas  75201
Tel:  214-978-3000

*Attorneys for Alltel Communications, Inc.*

/s/ Michael J. Garvin_____
Michael J. Garvin
R. Eric Gaum
Robert J. Diaz
HAHN LOESER & PARKS LLP
200 Public Square, Suite 3300
Cleveland, Ohio  44114-2301
Tel:  216-621-0150
Fax:  216-241-2824

Brian E. Butler
Edwin J. Hughes
STAFFORD ROSENBAUM LLP
222 West Washington Avenue, #900
P.O. Box 1784
Madison, Wisconsin  53701-1784
Tel:  608-256-0226 (main)
Fax:  608-259-2600

*Attorneys for Contacts Synchronization and Table Rock Technologies, Inc.*

## **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Came on this day for consideration of the Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between the plaintiff and counterclaim defendant, Contacts Synchronization Corporation, defendant Alltel Communications, Inc., and the counterclaim defendant Table Rock Technologies, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between the plaintiff and counterclaim defendant, Contacts Synchronization Corporation, the defendant Alltel Communications, Inc., and the counterclaim defendant Table Rock Technologies, Inc., are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated this ____ day of December, 2007

_____
Honorable Barbara R. Crabb
United States District Court judge

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 13th day of December, 2007, a true and correct copy of: STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE has been served via E-mail on the following:

Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless

Kenneth B. Axe, Esq.
E-mail: kaxe@lathropclark.com
LATHROP & CLARK, LLP
740 Regent Street, Suite 400
P.O. Box 1507
Madison, Wisconsin 53701-1507

James H. Wallace, Jr., Esq.
E-mail: jwallace@wileyrein.com
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006

Robert L. Ernst, Esq.
VERIZON WIRELESS
One Verizon Wireless Way
VC 54s205
Basking Ridge, New Jersey 07920

Attorneys for Defendant FusionOne, Inc.

Kate A. Jefcoat, Esq.
E-mail: jefcoatk@gtlaw.com
GREENBERG TRAURIG, LLP
800 Connecticut Avenue NW, Suite 500
Washington, DC 20006

  /s/ Michael J. Garvin
One of the Attorneys for Plaintiff
Contacts Synchronization Corporation and
Counterclaim-Defendant Table Rock
Technologies, Inc.