IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CONTACTS SYNCHRONIZATION CORPORATION,<br><br>    Plaintiff<br><br>    v.<br><br>ALLTEL COMMUNICATIONS, INC.,<br>AT&T MOBILITY LLC F/K/A<br>CINGULAR WIRELESS LLC,<br>SPRINT SPECTRUM LP,<br>SPRINT COMMUNICATIONS COMPANY L.P.,<br>NEXTEL OPERATIONS, INC.,<br>NEXTEL WEST CORP.,<br>NEXTEL OF CALIFORNIA, INC.,<br>NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC.,<br>NEXTEL OF NEW YORK, INC.,<br>NEXTEL SOUTH CORP.,<br>NEXTEL OF TEXAS, INC.,<br>T-MOBILE USA, INC., AND<br>CELLCO PARTNERSHIP D/B/A<br>VERIZON WIRELESS<br><br>    Defendants | CIVIL ACTION NO.<br>07-C-0250-C |

AT&T MOBILITY LLC F/K/A
CINGULAR WIRELESS LLC,

    Counterclaim-Plaintiff

    v.

CONTACTS SYNCHRONIZATION
CORPORATION, and TABLE ROCK
TECHNOLOGIES, INC.

    Counterclaim-Defendants

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff and counterclaim defendant, Contacts Synchronization Corporation ("CSC"), the defendant and counterclaim plaintiff Cellco Partnership, and the counterclaim

defendant Table Rock Technologies, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims between them in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees. This dismissal shall not affect any claims or counterclaims between CSC and any other party to this action.

Dated this 25th day of January, 2008

Respectfully submitted,

/s/ Michael J. Garvin
Michael J. Garvin
R. Eric Gaum
Robert J. Diaz
HAHN LOESER & PARKS LLP
200 Public Square, Suite 3300
Cleveland, Ohio  44114-2301
Tel:  216-621-0150
Fax:  216-241-2824

Brian E. Butler
Edwin J. Hughes
STAFFORD ROSENBAUM LLP
222 West Washington Avenue, #900
P.O. Box 1784
Madison, Wisconsin  53701-1784
Tel:  608-256-0226 (main)
Fax:  608-259-2600

*Attorneys for Contacts Synchronization and Table Rock Technologies, Inc.*

/s/ Kenneth B. Axe
Kenneth B. Axe
Lathrop & Clark, LLP
740 Regent street, Suite 400
P.O. Box 1507
Madison, WI  53701-1507
Tel.:  608.257.7766
Fax:  608-257.1507

Andrew McBride
James H. Wallace, Jr.
Kevin P. Anderson
WILEY REIN LLP
1776 K Street NW
Washington, DC  20006
Tel: 202-719-7000
Fax:  202-719-7049

*Attorneys for Cellco Partnership d/b/a Verizon Wireless*

3