IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CONTACTS SYNCHRONIZATION
CORPORATION,

            ORDER

      Plaintiff,

            07-cv-250-bbc

  v.

ALLTEL COMMUNICATIONS, INC.,
AT&T MOBILITY LLC f/k/a
CINGULAR WIRELESS, LLC,
SPRINT SPECTRUM LP,
SPRINT COMMUNICATIONS
COMPANY L.P.,
NEXTEL OPERATIONS, INC.,
NEXTEL WESTCORP.,
NEXTEL OF CALIFORNIA, INC.,
NEXTEL COMMUNICATIONS OF
THE MID-ATLANTIC, INC.,
NEXTEL OF NEW YORK, INC.,
NEXTEL SOUTH CORP.,
NEXTEL OF TEXAS, INC.,
T-MOBILE USA, INC. and
CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  In this patent infringement suit, plaintiff alleged that defendants were infringing

1

United States Patent Number 7,072,687 (the '687 patent). FusionOne, Inc. filed a motion to intervene in this patent infringement suit, asserting that it was a real party in interest. Before briefing had concluded, all claims and counterclaims between all parties to the lawsuit were dismissed pursuant to a string of stipulations between the parties. (Dkt. ##81, 89, 90, 92, 94). Therefore, FusionOne, Inc.'s motion to intervene will be denied as moot, and this case will be closed.

ORDER

IT IS ORDERED that FusionOne's motion to intervene is DENIED as moot and the clerk of court is directed to close this file.

Entered this 15th day of February, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge